# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2996
L.T. Case No. 2024-DR-001228

_____

DOMINIQUE CHRISTOPHER EARL
LANGSTON,

Appellant,

v.

BRITTNEY MARIE LANGSTON,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Kristina Keller Mobley, Judge.

Dominique Christopher Earl Langston, Middleburg, pro se.

No Appearance for Appellee.

March 17, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____